HICKS, Respondent, v. EGGLESTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Willett Hicks against Lorin J. Eggleston and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, on the ground that the facts disclosed by the motion papers clearly establish the right of the defendants to be apprised of the items which the plaintiff intends to assail as fraudulent upon the trial. Motion for bill of particulars granted, with costs.

HICKS, Respondent, v. EGGLESTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Willett Hicks against Lorin J. Eggleston, and others. No opinion. Order resettled and signed as presented by the plaintiff.

HIGGINS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by William H. Higgins against the Manhattan Railway Company. J. O. Nichols, for appellant. W. Leslie, for respondent. No opinion. Judgment and order affirmed, with costs.

(110 App. Div. 888)

HILLS BROS. CO., Respondent, v. VOGEMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the Hills Bros. Company against Henry Vogeman and others. J. Notman, for appellants. C. N. Bovee, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of Rosenstein v. Vogemann, 102 App. Div. 39, 92 N. Y. Supp. 86, and Constable v. National S. Co., 154 U. S. 51, 14 Sup. Ct. 1062, 38 L. Ed. 903.

McLAUGHLIN and CLARKE, JJ., dissent.

HINCKEL BREWERY CO. v. NEWMAN (two cases). (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by the Hinckel Brewery Company against Christopher Newman, sometimes called Chris Newman.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

CHESTER, J., dissents.

HIRSCH v. AMERICAN DIST. TELEPHONE CO. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Morris J. Hirsch against the American District Telephone Company. No opinion. Motion granted.

H. MARGOLIS & CO. v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by H. Margolis & Co. against Samuel Goldstein. No opinion. Motion denied.

HOBBY, Respondent, v. BURDICK, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Elizabeth Hobby, individually and as executrix, etc., against Clinton D. Burdick. No opinion. Interlocutory judgment affirmed, with costs.

HOBBY, Respondent, v. WESTCHESTER ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Kate A. Hobby against Westchester Electric Railroad Company. No opinion. Judgment of the City Court of Mt. Vernon modified, by striking out the provision for an extra allowance on the ground of want of authority in the trial court to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

HODES, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Emil A. Hodes against the city of New York. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HOFF v. ROBERT H. REID & CO. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Samuel Hoff against Robert H. Reid & Co. No opinion. Motion denied, with $10 costs.

HOFFMAN v. UNION DIME SAVINGS INST. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by George Hoffman against the Union Dime Savings Institution. No opinion. Motion denied, with $10 costs.

HOLLY, Respondent, v. GRINBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Isaac McMunn Holly against David Grinberg and Adolph Morris, doing business under the name and style of the Manhattan Storage Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOTTENROTH, Appellant, v. HIRSH et al., Respondents. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Adolph C. Hottenroth against Hugo Hirsh and others. B. Trapnell, for appellant. H. Hirsh, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HUBBARD, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Guy H. Hubbard against Homer B. Mason. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re HUDDY. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) In the matter of the application of Xenophon Pearce Huddy for admission to the bar. No opinion. Application for admission to the bar granted.